IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Peacock Jr, Charlie H | Case Number:  07 B 24306 |
| Peacock, Lisa M | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  12/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 12, 2009
Confirmed:   March 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,500.00 | |
| Secured: | | 9,834.90 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,874.35 |
| Trustee Fee: | | 790.75 |
| Other Funds: | | 0.00 |
| Totals: | 12,500.00 | 12,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 1,874.35 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 20,283.66 | 3,077.28 |
| 5. | Capital One Auto Finance | Secured | 36,900.42 | 5,957.62 |
| 6. | Great American Finance Company | Secured | 2,260.73 | 400.00 |
| 7. | Great American Finance Company | Secured | 2,947.00 | 400.00 |
| 8. | LaSalle Bank NA | Secured | 22,197.00 | 0.00 |
| 9. | Home Loan Services | Secured | 5,433.82 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 110.19 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | 2,119.45 | 0.00 |
| 12. | Internal Revenue Service | Priority | 14,494.68 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 605.55 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 30.00 | 0.00 |
| 15. | Great American Finance Company | Unsecured | 650.05 | 0.00 |
| 16. | Great American Finance Company | Unsecured | 493.85 | 0.00 |
| 17. | Capital One Auto Finance | Unsecured | 0.39 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 789.44 | 0.00 |
| 19. | Capital One | Unsecured | 575.57 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 328.13 | 0.00 |
| 21. | Capital One | Unsecured | 643.19 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 519.00 | 0.00 |
| 23. | American Express Travel Relate | Unsecured | 1,478.54 | 0.00 |
| 24. | Jefferson Capital Systems LLC | Unsecured | 400.83 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 1,328.17 | 0.00 |
| 26. | Jefferson Capital Systems LLC | Unsecured | 1,774.29 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Peacock Jr, Charlie H | | Case Number: 07 B 24306 |
| | Peacock, Lisa M | | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | | Filed: 12/27/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Portfolio Recovery Associates | Unsecured | 435.80 | 0.00 |
| 28. | RoundUp Funding LLC | Unsecured | 469.35 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 1,113.92 | 0.00 |
| 30. | Comcast | Unsecured | | No Claim Filed |
| 31. | Credit One Bank | Unsecured | | No Claim Filed |
| 32. | Debra Scovil | Unsecured | | No Claim Filed |
| 33. | American Family Insurance | Unsecured | | No Claim Filed |
| 34. | First Premier | Unsecured | | No Claim Filed |
| 35. | Cardmember Services | Unsecured | | No Claim Filed |
| 36. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 37. | New Hope Lutheran School | Unsecured | | No Claim Filed |
| 38. | Progressive Insurance Co | Unsecured | | No Claim Filed |
| 39. | TCF Bank | Unsecured | | No Claim Filed |
| 40. | Wow Internet Cable Wide Open West | Unsecured | | No Claim Filed |
| | | | $ 121,807.02 | $ 11,709.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 121.50 |
| 6.5% | 471.25 |
| 6.6% | 198.00 |
| | $ 790.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: